FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 MAR 22  PM 1:53

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | INFORMATION |
| ) | CR 418-54 |
| THOMAS GOLDEN ) | |
| ) | |
| Defendant ) | |

## LEAVE OF COURT

Leave of Court is GRANTED for the filing of the foregoing dismissal of the Information pending against Defendant THOMAS GOLDEN without prejudice.

SO ORDERED, this 22nd day of March, 2018.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA